# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA
ENVIRONMENTAL CENTER, *et al.*,

     Plaintiffs,

   v.

DAVID BERNHARDT, *in his official capacity as Secretary of the Interior*,

     Defendants.

Case No. 3:20-cv-00187-SLG

## ADMINISTRATIVE APPEAL SCHEDULING ORDER

   Unless otherwise ordered, the provisions of the District of Alaska Local Civil Rules 16.1(a)(8) and 16.3 shall apply to the filing of the administrative record and the briefing schedule in this case; the page/word limits of Local Civil Rule 7.4(a) shall also apply.  The parties may by motion for good cause shown seek to modify these provisions for this case.

   DATED this 16th day of October, 2020 at Anchorage, Alaska.


          */s/ Sharon L. Gleason*
          UNITED STATES DISTRICT JUDGE