PAUL E. SALAMANCA
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys
Environmental Defense Section
P.O. Box 7611Washington, D.C. 20044
(202) 616-7554 || 202-305-8865 (fax) (Buckley)
(202) 514-0286
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | Case No. 3:20-cv-00187-SLG |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants David Bernhardt, in his official capacity as Secretary of the Interior;

*N. Alaska Envtl. Ctr., et al. v. Bernhardt*
DEFS.' NOTICE OF APPEARANCE (CARTER)

Case No. 20-cv-00187-SLG
1

Case 3:20-cv-00187-SLG   Document 14   Filed 10/16/20   Page 1 of 4

Robert Wallace, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks; Casey Hammond, in his official capacity as Principal Deputy Assistant Secretary Exercising the Authority of the Assistant Secretary, Land and Minerals Management; Chad Padgett, in his official capacity as State Director, Bureau of Land Management, Alaska; David Hobbie, in his official capacity as Regional Regulatory Chief, Army Corps of Engineers-Alaska; United States Department of the Interior ("DOI"); United States Bureau of Land Management ("BLM"); United States Army Corps of Engineers ("Corps"); United States National Park Service ("NPS"); and United States Coast Guard ("Coast Guard"), by and through undersigned counsel, respectfully notify this Court and all parties of their appearance in the above-captioned matter.

Please address all correspondence to the following counsel at the address below:

> ELISABETH H. CARTER, Trial Attorney
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611
>
> Overnight delivery address:
> 4 Constitution Square
> 150 M Street, NE Ste. 3.1605
> Washington, D.C. 20002
>
> Tel: (202) 598-3141
> Fax: 202-305-8865
> Email: elisabeth.carter@usdoj.gov

DATED: October 16, 2020.

PAUL E. SALAMANCA
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*N. Alaska Envtl. Ctr., et al. v. Bernhardt*
DEFS.' NOTICE OF APPEARANCE (CARTER)

Case No. 20-cv-00187-SLG
2

Case 3:20-cv-00187-SLG   Document 14   Filed 10/16/20   Page 2 of 4

SARAH A. BUCKLEY (Va. State Bar No. 87350)
ELISABETH H. CARTER (NY State Bar No. 5733274)
Trial Attorneys
Environmental Defense Section
P.O. Box 7611Washington, D.C. 20044
(202) 616-7554 || 202-305-8865 (fax) (Buckley)
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov
*Counsel for Defendants*

Of Counsel:

ELIZABETH GOBESKI
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

*N. Alaska Envtl. Ctr., et al. v. Bernhardt*
DEFS.' NOTICE OF APPEARANCE (CARTER)

Case No. 20-cv-00187-SLG
3

Case 3:20-cv-00187-SLG   Document 14   Filed 10/16/20   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Elisabeth H. Carter*
Elisabeth H. Carter

*N. Alaska Envtl. Ctr., et al. v. Bernhardt*
DEFS.' NOTICE OF APPEARANCE (CARTER)

Case No. 20-cv-00187-SLG
4

Case 3:20-cv-00187-SLG   Document 14   Filed 10/16/20   Page 4 of 4