Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
(907) 276-4244
bpsarianos@trustees.org
sbostrom@trustees.org
blitmans@trustees.org

Roger Flynn (CO Bar No. 21078)
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main St. #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org
(*pro hac vice*)

*Attorneys for Plaintiffs*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00187- SLG |

**PLAINTIFFS' NOTICE OF RELATED CASE**
**(Local Rules 3.1 and 16.1(e))**

Pursuant to Local Civil Rules 3.1 and 16.1(e), Plaintiffs Northern Alaska Environmental Center et al. provide notice that the following related case was filed on October 7, 2020 in the United States District Court for the District of Alaska: *Alatna Village Council et al. v. Padgett et al.*, Civil Case No. 3:20-cv-00253-SLG.

That case and this action challenge federal agency approvals for the Ambler Road, including authorizations by the Bureau of Land Management, National Park Service, and U.S. Army Corps of Engineers. The cases raise some similar and overlapping claims under the National Environmental Policy Act, the Clean Water Act, and the Federal Lands Policy and Management Act. The cases both raise distinct claims and violations under the Alaska National Interest Lands Conservation Act. *Alatna Village Council* also raises a claim under the National Historic Preservation Act. The cases are currently assigned to the same judge. The Plaintiffs do not seek consolidation.

Respectfully submitted this 16ᵗʰ day of October 2020.

s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

s/ Roger Flynn (consent)
Roger Flynn (*pro hac vice*)
WESTERN MINING ACTION PROJECT

PLAINTIFFS' NOTICE OF RELATED CASE
*N. Alaska Envtl. Ctr. v. Bernhardt*, Case No. 3:20-cv-00187-SLG                    Page 2

# CERTIFICATE OF SERVICE

I certify that on October 16, 2020, I caused a copy of the PLAINTIFFS' NOTICE OF RELATED CASE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system which will send electronic notification of such filings to the attorneys of record in this case.

s/Bridget Psarianos
Bridget Psarianos

---

PLAINTIFFS' NOTICE OF RELATED CASE
*N. Alaska Envtl. Ctr. v. Bernhardt*, Case No. 3:20-cv-00187-SLG            Page 3