STACEY BOSSHARDT
DC Bar No. 458645)
(*Pro Hac Vice application pending*)
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C.  20005-3960
Telephone:  202.654.6200
SBosshardt@perkinscoie.com

ERIC B. FJELSTAD
JAMES N. LEIK
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
EFjelstad@perkinscoie.com
JLeik@perkinscoie.com

*Attorneys for Proposed Intervenor-Defendant
Ambler Metals LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | Case No. 3:20-cv-00187-SLG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Ambler Metals LLC is a limited liability company organized as a joint venture under the laws of Delaware.  Ambler Metals LLC is owned equally by NovaCopper US

*N. Alaska Env't Ctr., et al. v. Bernhardt et al.*
Case No. 3:20-cv-00187-SLG

Inc., a wholly owned subsidiary of Trilogy Metals Inc., and South32 USA Exploration, Inc., a wholly owned subsidiary of South32 Limited. Trilogy Metals Inc. is a publicly traded corporation organized under the laws of the Province of British Columbia, Canada. South32 Limited is a publicly traded corporation organized under the laws of Australia.

Dated: November 17, 2020

**PERKINS COIE LLP**
*Attorneys for Proposed Intervenor-Defendant Ambler Metals LLC*

By: *s/ Stacey Bosshardt*
Stacey Bosshardt,
DC Bar No. 458645
(*Pro Hac Vice application pending*)
SBosshardt@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Eric B. Fjelstad
efjelstad@perkinscoie.com
James N. Leik
jleik@perkinscoie.com
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.263.6473

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's DM/ECF system.

Dated:  November 17, 2020                By: *s/ Stacey Bosshardt*
                                             Stacey Bosshardt