CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

J. Anne Nelson (Alaska Bar No. 070523)
Chief Assistant Attorney General
Brian E. Gregg (Alaska Bar No. NA20115)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6617
Facsimile: (907) 276-3697
Email: brian.gregg@alaska.gov
       anne.nelson@alaska.gov

*Attorneys for State of Alaska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Northern Alaska Environmental Center, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> David Bernhardt, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants, <br><br> and <br><br> Ambler Metals LLC and Alaska Industrial Development and Export Authority, <br><br> Intervenor-Defendants. | **Case No. 3:20-cv-00187-SLG** <br><br><br><br> **State of Alaska's Motion to Intervene** |

Pursuant to FRCP 24(a)(2), proposed intervenor State of Alaska ("State" or "Alaska") hereby moves this Court for an Order granting Alaska leave to intervene in the instant dispute as a matter of right. Alternatively, and pursuant to FRCP 24(b), Alaska hereby moves this Court for entry of an Order granting Alaska permissive leave to intervene in the instant dispute.

Counsel for the State of Alaska contacted counsel for all existing parties, including Plaintiffs, Defendants, and Intervenor-Defendants regarding this request for intervention. Counsel for Plaintiffs reserved their position and anticipated a written response to the State's motion. Counsel for the federal Defendants take no position on the State's motion. Counsel for AIDEA and Ambler Metals, LLC both support the State's motion.

DATED: December 16, 2020.

> CLYDE "ED" SNIFFEN, JR.
> ACTING ATTORNEY GENERAL
>
> By: /s/ J. Anne Nelson
> J. Anne Nelson (Alaska Bar No. 070523)
> Chief Assistant Attorney General
> Email: anne.nelson@alaska.gov
>
> /s/ Brian E. Gregg
> Brian E. Gregg (Alaska Bar No. NA20115)
> Assistant Attorney General
> Department of Law
> 1031 West Fourth Avenue, Ste. 200
> Anchorage, AK 99501
> Phone: (907) 269-
> Facsimile: (907) 276-3697
> Email: brian.gregg@alaska.gov
>
> *Attorneys for State of Alaska*

*Northern Alaska Environmental Center, et al.*   Case No.: 3:20-cv-00187-SLG
  *v. David Bernhardt, et al.*   Page 2 of 3
State of Alaska's Motion to Intervene

Case 3:20-cv-00187-SLG   Document 30   Filed 12/16/20   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify on **December 16, 2020**, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification and electronic service of the same to all counsel of record.

/s/ Leilani J. Tufaga
Law Office Assistant II

*Northern Alaska Environmental Center, et al.*  Case No.: 3:20-cv-00187-SLG
 *v. David Bernhardt, et al.*  Page 3 of 3
State of Alaska's Motion to Intervene