# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA
ENVIRONMENTAL CENTER, *et al.*,

        Plaintiffs,

    v.

SCOTT DE LA VEGA, in his official
capacity as Acting Secretary of the
Interior, *et al.*,

        Defendants,

    and

AMBLER METALS LLC, *et al.*,

        Intervenor-Defendants.

Case No. 3:20-cv-00187-SLG

## ORDER RE UNOPPOSED MOTION SEEKING EXTENSION OF SCHEDULE

Upon consideration of Defendants' Unopposed Motion Seeking Extension of Schedule at Docket 40, IT IS ORDERED that the motion is hereby GRANTED.

The schedule as previously established at Docket 28 for proceedings in this matter shall be modified as follows:

1.    Defendants shall file and serve the additional production of the administrative records in accordance with Local Civil Rule 16.3(b)(1)(B) on or before **April 20, 2021**.

2.      Any party contesting the sufficiency of the administrative record will identify their concerns and confer with counsel for Defendants on or before **May 20, 2021**.

3.      The deadline for filing any motion to supplement the administrative record shall be **June 21, 2021**.

4.      If a motion is filed in accordance with paragraph 3 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

5.      Any party may seek a further extension of time if necessary to review the administrative record and attempt to resolve any issues without contested motions.

6.      If no motion is filed in accordance with paragraph 3 above, Counsel shall submit a joint motion or status report(s) on or before **June 28, 2021**, proposing a schedule for briefing or further proceedings.

DATED this 17th day of February, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00187-SLG, *Northern Alaska Environmental Center, et al. v. De La Vega, et al.*
Order re Unopposed Motion Seeking Extension of Schedule
Page 2 of 2