IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>　　　　　Defendants,<br><br>　　and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>　　　　　Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

**ORDER RE MOTION TO INTERVENE AND JOINT STIPULATION**

　　Before the Court at Docket 54 is *NANA Regional Corporation, Inc.'s Unopposed Motion to Intervene and Memorandum in Support.* Plaintiffs do not oppose the motion subject to certain conditions to which NANA Regional Corporation, Inc. ("NANA") has agreed and which are contained in the parties' stipulation at Docket 57. Federal Defendants take no position on the motion. Intervenor-Defendants do not object to the motion.

　　Good cause being shown, it is hereby ORDERED that the motion to intervene is GRANTED. NANA is hereby admitted into this litigation as an intervenor-defendant

with full rights of participation.  NANA shall file a clean copy of its answer within 7 days of this order (*see* Docket 54-1).

Also before the Court at Docket 57 is NANA and Plaintiffs' *Joint Stipulation as to Motion to Intervene by NANA Regional Corporation, Inc.*  The Court has reviewed and ACCEPTS the joint stipulation.  The parties shall abide by the terms of their joint stipulation.

DATED this 19th day of May, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE