JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
(202) 616-7554 (Buckley) || 202-305-8865 (fax)
(202) 514-0286 (Carter)
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>　　　　　Defendants,<br>and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>　　　　　Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

*Northern Alaska Environmental Center v. Haaland,*　　　　　　　　　Case No. 3:20-cv-00187-SLG
JOINT MOTION ADDRESSING THE ADMIN. RECORDS AND SCHEDULE　　　　　　　1

Case 3:20-cv-00187-SLG   Document 68   Filed 07/21/21   Page 1 of 4

# UNOPPOSED JOINT MOTION ADDRESSING THE ADMINISTRATIVE RECORDS AND SCHEDULE

The parties have been conferring in good faith to resolve issues relating to the administrative records. A few issues remain outstanding, but the parties anticipate that these can be resolved in the near future without the need for a motion. It is therefore appropriate to modify the Court's previously-entered Scheduling Orders (ECF 52, 64) and the scheduling provisions of Local Civil Rule 16.3 to allow the parties to complete this process. After consultation with the Intervenor-Defendants, no party objects to this motion. The following proposed schedule is identical to that being proposed concurrently by the parties in *Alatna Village Council v. Padgett*, 3:20-cv-00253-SLG:

1. Defendants will endeavor to serve the remaining administrative records identified through their conferral with the parties in accordance with Local Civil Rule 16.3(b)(1)(B) on or before **July 28, 2021**.

2. The deadline for filing any motion to supplement the administrative records shall be **August 4, 2021**.

3. If a motion is filed in accordance with paragraph 2 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

4. Any party may seek a further extension of time if necessary to review the administrative records and attempt to resolve any issues without contested motions.

5. If no motion is filed in accordance with paragraph 2 above, counsel will submit a joint motion or status report(s) on or before **August 4, 2021**, proposing a

*Northern Alaska Environmental Center v. Haaland,* Case No. 3:20-cv-00187-SLG
JOINT MOTION ADDRESSING THE ADMIN. RECORDS AND SCHEDULE
2

Case 3:20-cv-00187-SLG   Document 68   Filed 07/21/21   Page 2 of 4

schedule for briefing or further proceedings.

DATED: July 21, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

SARAH A. BUCKLEY
ELISABETH H. CARTER
Trial Attorneys
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
(202) 616-7554 (Buckley) || 202-305-8865 (fax)
(202) 514-0286 (Carter)
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

ELIZABETH GOBESKI
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

*/s/ Bridget Psarianos* (consent)  
Bridget Psarianos (AK Bar No. 1705025)  
Suzanne Bostrom (AK Bar No. 1011068)  
Brian Litmans (AK Bar No. 0111068)  
TRUSTEES FOR ALASKA

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*  
Paul A. Turcke

*Northern Alaska Environmental Center v. Haaland,*     Case No. 3:20-cv-00187-SLG  
JOINT MOTION ADDRESSING THE ADMIN. RECORDS AND SCHEDULE     4

Case 3:20-cv-00187-SLG   Document 68   Filed 07/21/21   Page 4 of 4