# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, et al., <br>                 Plaintiffs, <br> v. <br><br> DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, et al., <br>                 Defendants, <br>   and <br><br> AMBLER METALS, LLC, et al., <br>                 Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

## FOURTH DECLARATION OF TINA MCMASTER-GOERING

I, Tina McMaster-Goering, hereby declare as follows:

1. I am over 21 years of age, fully competent and duly authorized to make this declaration.

2. I am the Ambler Road Project Manager for the Bureau of Land Management (BLM), Alaska State Office, in Anchorage, Alaska. My responsibilities relating to the BLM's March 2020 Final Ambler Road Environmental Impact Statement (EIS), associated July 2020 Joint Record of Decision (ROD), January 2021 right-of-way and related Project documents included compiling, maintaining and reviewing relevant documents for inclusion in the Administrative Record.

3. I am familiar with the types of information and documents that are maintained by the BLM for the aforementioned matters.

4. I have reviewed the index of the BLM Administrative Record Fourth Production

1

submitted herewith, which constitutes the certified list of the contents of the BLM Administrative Record Fourth Production.

5. Upon information and belief, it is hereby certified that the documents annexed and described in the index submitted herewith constitute a true and correct copy of the BLM Administrative Record Fourth Production in this case. BLM agreed to add these documents to supplement the Administrative Record through conferral with the other parties to this case. In combination with the BLM Administrative Record Initial Production (Jan. 15, 2021), Additional Production (April 21, 2021), and Third Production (June 11, 2021), this supplemental production culminates the BLM's production of records and collectively these productions constitute the complete BLM Administrative Record for the Ambler Road Project as challenged in this case. All documents are on file in the BLM's Alaska State Office, in Anchorage, Alaska.

6. The foregoing is based upon my personal knowledge. If called upon, I could testify competently as to the matters set forth above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 11th day of August, 2021, in Anchorage, Alaska.

TINA MCMASTER-GOERING
Digitally signed by TINA MCMASTER-GOERING
Date: 2021.08.11 08:17:39 -08'00'

Tina McMaster-Goering
Ambler Road Project Manager
Bureau of Land Management, Alaska State Office