TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SARAH A. BUCKLEY (Virginia State Bar No. 87350)
ELISABETH H. CARTER (New York State Bar No. 5733274)
Trial Attorneys
Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-616-7554 ‖ 202-305-8865 (fax) (Buckley)
202-514-0286
sarah.buckley@usdoj.gov
elisabeth.carter@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 ‖ 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEBRA HAALAND, in her official capacity, *et al.*,<br><br>Defendants,<br>and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

*Northern Alaska Envtl. Center v. Haaland,*
STIPULATION AND NOTICE REGARDING THE ADMIN. RECORD

Case No. 3:20-cv-00187-SLG
1

Case 3:20-cv-00187-SLG   Document 82   Filed 09/15/21   Page 1 of 3

# STIPULATION AND ADDITIONAL NOTICE REGARDING THE ADMINISTRATIVE RECORD

Plaintiffs and Defendants, through undersigned counsel of record, hereby stipulate and agree that certain materials filed as exhibits hereto may be cited as information contained within the administrative records in this case challenging the Ambler Road Project. These materials were included as exhibits to comments submitted during public review of the Project. As such, they constitute "documents and materials directly or indirectly considered by agency decision-makers" during the Project. *See Thompson v. U.S. Dep't of Labor*, 885 F.2d 551, 555 (9th Cir. 1989). While other contemporaneously-submitted exhibits to the same comments were previously included in the administrative records filed in this case, the exhibits hereto were inadvertently omitted. Specifically, the materials consist of the Red Dog Mine Extension Supplemental Environmental Impact Statement (October 2009), the Greater Mooses Tooth One Development Project Supplemental Environmental Impact Statement (October 2014), and the Greater Mooses Tooth Two Development Project Supplemental Environmental Impact Statement (August 2018). The Bates numbers for these additional administrative records are described in the Table of Exhibits filed herewith. Defendants hereby provide the parties of record with notice of inclusion of these materials in the administrative records, and service of the materials through the Court's CM/ECF system.

DATED: September 15, 2021.   TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*Northern Alaska Envtl. Center v. Haaland*,
STIPULATION AND NOTICE REGARDING THE ADMIN. RECORD

Case No. 3:20-cv-00187-SLG
2

Case 3:20-cv-00187-SLG   Document 82   Filed 09/15/21   Page 2 of 3

Sarah A. Buckley<br>
Elisabeth H. Carter<br>
Trial Attorneys<br>
Environmental Defense Section<br>
P.O. Box 7611 Washington, D.C. 20044<br>
(202) 616-7554 (Buckley) || 202-305-8865 (fax)<br>
(202) 514-0286<br>
sarah.buckley@usdoj.gov<br>
elisabeth.carter@usdoj.gov<br>
<br>
*/s/ Paul A. Turcke*<br>
Paul A. Turcke<br>
Trial Attorney<br>
Natural Resources Section<br>
P.O. Box 7611 Washington, D.C. 20044<br>
202-353-1389 || 202-305-0506 (fax)<br>
paul.turcke@usdoj.gov<br>
<br>
*Counsel for Defendants*

Of Counsel:
Elizabeth Gobeski
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4186
elizabeth.gobeski@sol.doi.gov

*/s/ Suzanne Bostrom* (consent)<br>
Bridget Psarianos (AK Bar No. 1705025)<br>
Suzanne Bostrom (AK Bar No. 1011068)<br>
Brian Litmans (AK Bar No. 0111068)<br>
TRUSTEES FOR ALASKA<br>
<br>
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*<br>
Paul A. Turcke

*Northern Alaska Envtl. Center v. Haaland,*      Case No. 3:20-cv-00187-SLG
Stipulation and Notice Regarding the Admin. Record    3

Case 3:20-cv-00187-SLG   Document 82   Filed 09/15/21   Page 3 of 3