**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants, <br><br> and <br><br> AMBLER METALS LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

**ORDER RE JOINT MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION FOR STAY**

Before the Court at Docket 86 is Plaintiffs' and Defendants' *Joint Motion for Expedited Consideration of Defendants' Motion for Stay*. Intervenor-Defendants Amber Metals, Inc. and Alaska Industrial Development and Export Authority filed an opposition to the motion at Docket 88. The Court does not find good cause to grant expedited consideration of the motion for a stay and accordingly, the motion at Docket 86 is DENIED.

However, the Court does find good cause to sua sponte extend the time limit for Plaintiffs to file their opening brief such that it parallels the schedule that the Court recently has entered in the related case, *Alatna, et al. v Padgett, et al,* 3:20-

cv-00253-SLG. Therefore, the deadline for Plaintiffs to file their opening brief is postponed until after the Court rules on Defendants' pending motion for a stay.[1] In the event the Court does not grant the requested stay, Plaintiffs shall file their opening brief within two business days after the Court so orders. In the event that the Court grants the motion to stay, Plaintiffs shall file their opening brief within two business days after the stay expires.

IT IS SO ORDERED.

DATED this 29th day of September, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Docket 85.

Case No. 3:20-cv-00187-SLG, *Northern Alaska Environmental Center, et al. v. Bernhardt, et al.*
Order re Expedited Consideration of Defendant's Motion to Stay
Page 2 of 2

Case 3:20-cv-00187-SLG   Document 91   Filed 09/29/21   Page 2 of 2