# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN ALASKA
ENVIRONMENTAL CENTER, *et al.*,

    Plaintiffs,

    v.

DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,

    Defendants,

  and

AMBLER METALS LLC, *et al.*,

    Intervenor-Defendants.

Case No. 3:20-cv-00187-SLG

## ORDER RE DEFENDANTS' MOTION FOR STAY

Before the Court at Docket 85 is *Defendants' Motion for Stay*. Plaintiffs do not oppose this stay. Intervenor-Defendant NANA Regional Corporation, Inc. filed a response of conditional non-opposition at Docket 94. Intervenor-Defendant State of Alaska filed an amended response of opposition to the motion at Docket 92 and joined in Intervenor-Defendants Ambler Metals, Inc.'s and Alaska Industrial Development and Export Authority's response in opposition at Docket 93. Defendants filed a reply in support of the motion to stay at Docket 95.

The Court finds that the requested 60-day continuance will not cause undue prejudice to the other parties to this action and may further the interests of a just

resolution of this case and judicial efficiency. The Court acknowledges Defendants' recognition that NANA is included among the Tribal entities empowered to seek consultation with the federal government on a government-to-government basis. However, the Court will not order that NANA must be included in any discussions with Plaintiffs regarding the resolution of this case. Nonetheless, NANA, along with the other intervenor-defendants, would be entitled to weigh in on a proposed dismissal pursuant to Federal Rule of Civil Procedure 41, regardless of whether it had participated in settlement discussions.

Therefore, IT IS ORDERED that the motion at Docket 85 is GRANTED as follows: This matter is stayed until November 29, 2021. Plaintiffs' opening brief shall be filed two business days thereafter (*see* Docket 91).

DATED this 27th day of October, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00187-SLG, *NAEC, et al. v. Haaland,, et al.*
Order re Defendants' Motion to Stay
Page 2 of 2
Case 3:20-cv-00187-SLG Document 96 Filed 10/27/21 Page 2 of 2