Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
(907) 276-4244
sbostrom@trustees.org
bpsarianos@trustees.org
blitmans@trustees.org

Roger Flynn (*pro hac vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main St. #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br>　　　　Defendants,<br><br>　　　　and<br><br>AMBLER METALS, LLC, *et al.*,<br>　　　　Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

# PLAINTIFFS' UNOPPOSED MOTION TO REMOVE THE U.S. COAST GUARD AS DEFENDANT
### (Fed. R. Civ. P. 21)

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs hereby request that the court remove, with prejudice, the U.S. Coast Guard as a Defendant from the above-captioned case. Under Civil Rule 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Plaintiffs respectfully request that the court amend the case caption and title accordingly. No party opposes Plaintiffs' motion to remove the U.S. Coast Guard as a Defendant.

Respectfully submitted this 1st day of December, 2021.

                                   s/ Suzanne Bostrom
                               Suzanne Bostrom (AK Bar No. 1011068)
                               Bridget Psarianos (AK Bar No. 1705025)
                               Brian Litmans (AK Bar No. 0111068)
                               TRUSTEES FOR ALASKA

                                   s/ Roger Flynn (consent)
                               Roger Flynn (*pro hac vice*)
                               WESTERN MINING ACTION PROJECT

PLTS.' MOT. TO REMOVE THE U.S. COAST GUARD AS DEF.
*N. Alaska Envtl. Ctr. v. Haaland*, Case No. 3:20-cv-00187-SLG            Page 2

Case 3:20-cv-00187-SLG    Document 101    Filed 12/01/21    Page 2 of 3

# CERTIFICATE OF SERVICE

      I certify that on December 1, 2021, I caused a copy of the PLAINTIFFS' UNOPPOSED MOTION TO REMOVE THE U.S. COAST GUARD AS DEFENDANT to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system which will send electronic notification of such filings to the attorneys of record in this case.

                                            s/Suzanne Bostrom
                                            Suzanne Bostrom

PLTS.' MOT. TO REMOVE THE U.S. COAST GUARD AS DEF.
*N. Alaska Envtl. Ctr. v. Haaland*, Case No. 3:20-cv-00187-SLG               Page 3

Case 3:20-cv-00187-SLG    Document 101    Filed 12/01/21    Page 3 of 3