IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DEBRA HAALAND, in her official capacity, *et al.*,<br><br>　　　　Defendants,<br>　and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

**[PROPOSED] ORDER ON MOTION FOR VOLUNTARY REMAND**

Before the Court at Docket 113 is Defendants' Motion for Voluntary Remand. Defendants have indicated that the Department of the Interior intends to suspend the right-of-way permits while the agencies conduct further proceedings on remand. *See* Declaration of Tommy Beaudreau ¶ 12, Docket 113-1. Good cause being shown, the motion is GRANTED. IT IS ORDERED that Defendants' decisions, including the Bureau of Land Management and Army Corps of Engineers Joint Record of Decision, BLM_0016710-17028; the National Park Service and Federal Highway Administration Joint Record of Decision, NPS_0009716-84; the Bureau of Land Management Right-of-Way, ACE_0102319-60; and the National Park Service Right-of-Way, NPS_0049696-

791; are each remanded to Defendants without vacatur for further administrative proceedings.

Dated this ____ of _____, 2022.

_____
HON. SHARON L. GLEASON
United States District Judge