TREG R. TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Colo. Bar No. 35662)
Assistant Attorney General
Brian E. Gregg (Alaska Bar No. 2107080)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5100
Facsimile: (907) 276-3697
Email: *ron.opsahl@alaska.gov*
　　　　*brian.gregg@alaska.gov*

Attorneys for State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>　　　　Defendants,<br><br>and<br><br>AMBLER METALS, LLC, *et al.*, | Case No.: 3:20-cv-00187-SLG<br><br>**[PROPOSED] ORDER** |

Upon consideration of Intervenor-Defendant State of Alaska's Motion for Order Postponing Briefing on the Merits of Plaintiffs' Claims (ECF 121), IT IS ORDERED that the motion is hereby GRANTED.

DATED: _____ 2022.

_____
Honorable Sharon L. Gleason
United States District Judge

SOA's Motion for Order Postponing Briefing  3:20-cv-00187-SLG
*Northern Alaska Env'l Center v. Haaland and Ambler Metals*  Page 2 of 2
19456224 Case 3:20-cv-00187-SLG   Document 121-1   Filed 03/14/22   Page 2 of 2