Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
sbostrom@trustees.org
bpsarianos@trustees.org
blitmans@trustees.org

Roger Flynn (*pro hac vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main St. #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Plaintiffs*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br>Defendants,<br><br>and<br><br>AMBLER METALS, LLC, *et al.*,<br>Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

**PLAINTIFFS' RESPONSE TO STATE OF ALASKA's NOTICE OF SUPPLEMENTAL AUTHROITY**
**(Local Rule 7.1(d)(1))**

Intervenor-Defendant State of Alaska filed a Notice of Supplemental Authority alerting this Court to the U.S. Supreme Court's recent order resolving an application for a stay pending appeal in *Louisiana v. American Rivers*, Case No. 21A539. ECF No. 135. The Surpeme Court's order is attached as exhibit A. The order does not contain legal analysis or holdings. Plaintiffs set out the standards for vacatur when voluntary remand is sought on pages 15 to 17 of their Response to Defendants' Motion for Voluntary Remand. ECF No. 127.

Respectfully submitted this 18th day of April, 2022.

s/ Bridget Psarianos
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Brian Litmans (AK Bar No. 0111068)
TRUSTEES FOR ALASKA

s/ Roger Flynn (with consent)
Roger Flynn (CO Bar No. 21078) (*pro hac vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349; 440 Main St. #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*Attorneys for Plaintiffs*

Plfs.' Response to SOA's Notice of Supp. Authority 2
*N. Alaska Envtl. Ctr. v. Haaland*, Case No. 3:20-cv-00187-SLG

Case 3:20-cv-00187-SLG   Document 138   Filed 04/18/22   Page 2 of 3

# CERTIFICATE OF SERVICE

      I certify that on April 18, 2022, I caused a copy of the PLAINTIFFS' RESPONSE TO STATE OF ALASKA'S NOTICE OF SUPPLEMENTAL AUTHORITY to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

                                            s/ Bridget Psarianos
                                            Bridget Psarianos

Plfs.' Response to SOA's Notice of Supp. Authority                                3
*N. Alaska Envtl. Ctr. v. Haaland*, Case No. 3:20-cv-00187-SLG

Case 3:20-cv-00187-SLG   Document 138   Filed 04/18/22   Page 3 of 3