STACEY BOSSHARDT (Pro Hac Vice)
DC Bar No. 458645
KERENSA H. GIMRE (*Pro Hac Vice* pending)
DC Bar No. 1780406
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
SBosshardt@perkinscoie.com
KGimre@perkinscoie.com

Eric B. Fjelstad
James N. Leik
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
EFjelstad@perkinscoie.com
JLeik@perkinscoie.com

*Attorneys for Ambler Metals LLC, Intervenor-Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL COUNCIL, et al.,<br> Plaintiffs,<br> v.<br>DEBRA HAALAND, in her official capacity, et al.,<br> Defendants.<br> and<br>AMBLER METALS, LLC,<br> Intervenor-Defendant.<br>. | Case No. 3:20-cv-00187-SLG |

## ADDITIONAL RELATED DOCUMENTS IN SUPPORT OF THE MOTION FOR LEAVE TO APPEAR AS PRO HAC VICE (NON-RESIDENT) ATTORNEY KERENSA H. GIMRE

In accordance with the Clerk of the Court's email dated April 22, 2022, attached is a

Certificate of Good Standing in support of the Motion for Leave to Appear as Pro Hac

*N. Alaska Env't Center, et al. v. Haaland, et al.*, No. 3:20-cv-00187-SLG

Vice (Non-Resident) Attorney Kerensa H. Gimre. ECF No. 137.

Dated: April 25, 2022

**PERKINS COIE LLP**

By: *s/ Kerensa H. Gimre*

    Kerensa H. Gimre (*Pro Hac Vice* pending)
    STACEY BOSSHARDT (Pro Hac Vice)
    DC Bar No. 1780406
    700 Thirteenth Street, N.W., Suite 800
    Washington, D.C. 20005-3960
    Telephone: 202.654.6200
    Facsimile: 202.654.6211
    SBosshardt@perkinscoie.com
    KGimre@perkinscoie.com

    Eric B. Fjelstad
    James N. Leik
    1029 West Third Avenue, Suite 300
    Anchorage, AK 99501-1981
    Telephone: 907.279.8561
    EFjelstad@perkinscoie.com
    JLeik@perkinscoie.com

    *Attorneys for Intervenor-Defendant Ambler Metals, LLC*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Kerensa Heather Gimre*

was duly qualified and admitted on November 16, 2021 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 12,
2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

## CERTIFICATE OF SERVICE

I hereby certify on April 25, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification and electronic service of the same to all counsel of record.

Dated: April 25, 2022

_s/ Kerensa H. Gimre_____
Kerensa H. Gimre