# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, in her official capacity, *et al.*, <br><br> Defendants. <br><br> and <br><br> AMBLER METALS, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |
| ALATNA VILLAGE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS HEINLEIN, in his official capacity as Acting BLM Alaska State Director, *et al.*, <br><br> Defendants, <br><br> and <br><br> AMBLER METALS, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00253-SLG |

## ORDER RE MOTIONS FOR SUMMARY JUDGMENT

Before the Court are Northern Alaska Environmental Center ("NAEC") Plaintiffs'[1] *Opening Brief for Summary Judgment* at *NAEC* Docket 99 and Alatna Plaintiffs'[2] *Opening Brief* at *Alatna* Docket 99. Federal Defendants and Intervenor-Defendants the State of Alaska, Alaska Industrial Development and Export Authority, Ambler Metals LLC, and NANA Regional Corporation, Inc. have not yet responded to the instant motions. In light of the Court's May 17, 2022 order remanding the challenged agency actions without vacatur,[3] the instant motions are DENIED without prejudice.

DATED this 19th day of May, 2022 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] The NAEC Plaintiffs group comprises NAEC, Alaska Wildlife Alliance, Center for Biological Diversity, Earthworks, National Audubon Society, National Parks Conservation Association, Sierra Club, The Wilderness Society, and Winter Wildlands Alliance. *See NAEC* Docket 48 at 2–3, 6 (Second Am. Compl.).

[2] The Alatna Plaintiffs group comprises the Alatna Village Council, the Allakaket Tribal Council, the Evansville Tribal Council, the Huslia Tribal Council, the Tanana Tribal Council, and the Tanana Chiefs Conference. *See Alatna* Docket 46 at 8–12 (Second Am. & Supp. Compl.).

[3] *NAEC* Docket 143; *Alatna* Docket 142.

Case No. 3:20-cv-00187-SLG, *N. Alaska Env't Council, et al. v. Haaland, et al.*
Case No. 3:20-cv-00253-SLG, *Alatna Vill. Council, et al. v. Heinlein, et al.*
Order re Motions for Summary Judgment
Page 2 of 2

Case 3:20-cv-00187-SLG   Document 144   Filed 05/19/22   Page 2 of 2