TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ELISABETH H. CARTER (New York State Bar No. 5733274)
ALBERT LIN (California State Bar No. 338253)
Trial Attorneys, Environmental Defense Section
P.O. Box 7611 Washington, D.C. 20044
202-514-0286 (Carter) || 202-305-8865 (fax)
202-514-2741 (Lin)
elisabeth.carter@usdoj.gov
albert.lin@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>DEBRA HAALAND, in her official capacity, *et al.*,<br><br>　　　　　Defendants,<br>　and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>　　　　　Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

# UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants in *Northern Alaska Environmental Center v. Haaland*, Case No. 3:20-cv-00187-SLG, and contemporaneously herewith in *Alatna Village Council*, Case No. 3:20-cv-00253-SLG, hereby move for a fourteen day extension of time in each case to respond to the pending joint motion for clarification, ECF No. 173. Their responses are presently due February 2, 2023, and Defendants request an extension to February 16, 2023. Upon conferral with counsel, Defendants further request that an order granting the extension clarify that Plaintiffs' deadline to respond to the pending motions also be extended to February 16, 2023, and that Intervenor-Defendants' reply deadline be March 2, 2023. These modifications to the default briefing schedule under the Local Civil Rules are requested to accommodate counsels' deadlines in other matters and to afford for sufficient review of Defendants' response by officials within the United States Department of the Interior. Counsel have conferred and no party opposes this motion.

Respectfully submitted this 25th day of January 2023.

        Todd Kim
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        Elisabeth H. Carter
        Albert Lin
        Trial Attorneys, Environmental Defense Section
        P.O. Box 7611 Washington, D.C. 20044
        202-514-0286 (Carter) || 202-305-8865 (fax)
        202-514-2741 (Lin)
        elisabeth.carter@usdoj.gov
        albert.lin@usdoj.gov

*Northern Alaska Env't Center v. Haaland*      Case No. 3:20-cv-00187-SLG
Defs.' Unopposed Mot. for Extension of Time      2

Case 3:20-cv-00187-SLG   Document 175   Filed 01/25/23   Page 2 of 3

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke