David Karl Gross, ABA #9611065
James Lister, ABA #1611111
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
JLister@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Intervenor-Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DEBRA HAALAND, in her official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> AMBLER METALS, LLC, et al., <br><br> Intervenor-Defendants | Case No.: 3:20-cv-00187-SLG |
| ALATNA VILLAGE COUNCIL, et al., <br><br> Plaintiff <br><br> vs. <br><br> STEVEN COHN, in his official capacity as Alaska State Director for the U.S. Bureau of Land Management, et al., <br><br> Defendant, <br><br> and <br><br> AMBLER METALS, LLC, et al., <br><br> Intervenor-Defendants | Case No.: 3:20-cv-00253-SLG |

NAEC V. DEBRA HAALAND, ET AL.,　　　　CASE NO. 3:20-CV-187-SLG & 3:20-CV-253-SLG
ENTRY OF APPEARANCE AND SUB OF COUNSEL　　　　PAGE 1 OF 3
01360524.DOCX

Case 3:20-cv-00187-SLG　　Document 192　　Filed 07/10/23　　Page 1 of 3

# ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

David Karl Gross and James Lister of the law firm of Birch Horton Bittner & Cherot hereby enter their appearance as counsel of record for Intervenor-Defendant Alaska Industrial Development and Export Authority ("AIDEA"). Please serve all future pleadings, notices and orders to:

| | |
|---|---|
| David Karl Gross | James H. Lister |
| Birch Horton Bittner & Cherot | Birch Horton Bittner & Cherot |
| 510 L Street, Suite 700 | 1150 Connecticut Ave NW, Suite 350 |
| Anchorage, AK 99501 | Washington, DC 20036 |
| Telephone: (907) 276-1550 | Telephone: (202) 862-8375 |
| Facsimile: (907) 276-3680 | Facsimile: (202) 659-1027 |
| dgross@bhb.com | jlister@bhb.com |

This appearance is also a substitution of counsel whereby Birch Horton Bittner & Cherot will substitute in for the law firm of Holland & Hart (Kyle Parker and Sarah Bordelon), who hereby withdraw their appearances with the consent of Intervenor-Defendant AIDEA.

DATED this 10th day of July, 2023.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Intervenor-Defendant

By: /s/ David Karl Gross
David Karl Gross, ABA #9611065
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: dgross@bhb.com

NAEC V. DEBRA HAALAND, ET AL.,     CASE NO. 3:20-CV-187-SLG & 3:20-CV-253-SLG
ENTRY OF APPEARANCE AND SUB OF COUNSEL     PAGE 2 OF 3
01360524.DOCX

Case 3:20-cv-00187-SLG   Document 192   Filed 07/10/23   Page 2 of 3

By: /s/ James H. Lister
James H. Lister, ABA #16111115
1150 Connecticut Ave NW, Suite 350
Washington, DC 20036
Telephone: 202.862.8375
Facsimile: 202.659.1027
Email: jlister@bhb.com

HOLLAND & HART LLP

Attorneys for Intervenor-Defendant

By: /s/ Kyle Parker
Kyle W. Parker, ABA No. 9212124
Sarah C. Bordelon, NV Bar 14683 (*Pro Hac Vice*)
1029 W. 3rd Avenue, Suite 550
Anchorage, Alaska 99501
Telephone: (907) 865-2600
Facsimile: (907) 865-2680
kwparker@hollandhart.com
scbordelon@hollandhart.com

NAEC V. DEBRA HAALAND, ET AL.,   CASE NO. 3:20-CV-187-SLG & 3:20-CV-253-SLG
ENTRY OF APPEARANCE AND SUB OF COUNSEL   PAGE 3 OF 3
01360524.DOCX

Case 3:20-cv-00187-SLG   Document 192   Filed 07/10/23   Page 3 of 3