ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants, <br> and <br><br> AMBLER METALS, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

### DEFENDANTS' TWENTIETH STATUS REPORT

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (Dkt. 143) dated May 17, 2022. This is Defendants' twentieth status report, which expands upon information provided in prior status reports, the most recent of which was filed on July 14, 2025 (Dkt. 223).

As previously reported, Defendant Bureau of Land Management (BLM) posted its Ambler Road Record of Decision (ROD) to its ePlanning website on June 28, 2024. The BLM ROD, Final Supplemental Environmental Impact Statement, and other information about the project can be found at https://eplanning.blm.gov/eplanning-ui/project/57323/510. Additionally, on August 5, 2024, the U.S. Army Corps of Engineers suspended the Clean Water Act Section 404 permit associated with the Ambler Road Project.

Additionally, the Department is implementing the direction of Executive Order 14153 and Secretary's Order 3422, which includes conducting review of the 2024 ROD, while further taking steps to revoke Public Land Order 5150 withdrawals along the Dalton Highway north of the Yukon River in support of, among other things, conveying certain BLM-managed lands to the State of Alaska along the proposed Ambler Road corridor. *See* https://eplanning.blm.gov/eplanning-ui/project/2039335/510. Defendants do not have further information to report at this time, but will continue to provide, as appropriate, a further timely update(s) to the parties regarding any steps taken to implement the above Executive and Secretarial direction. At that time, counsel anticipate conferring about how those steps affect, or provide a basis for further proceedings in, this litigation.

Defendants' next report is due on November 12, 2025. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited

*Northern Alaska Env't Center v. Burgum*  
DEFS.' TWENTIETH STATUS REPORT

Case No. 3:20-cv-00187-SLG
2

Case 3:20-cv-00187-SLG    Document 226    Filed 09/12/25    Page 2 of 3

brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, Dkt. 151.

Respectfully submitted this 12th day of September 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

JASON HARTZ
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4071
jason.hartz@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke