ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants, <br> and <br><br> AMBLER METALS, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

## DEFENDANTS' TWENTY-FIRST STATUS REPORT

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (Dkt. 143) dated May 17, 2022. This is Defendants' twenty-first status report, which expands upon information provided in prior status reports, the most recent of which was filed on September 12, 2025 (Dkt. 226).

On October 6, 2025, President Trump issued the Decision of the President and Statement of Reasons, 90 Fed. Reg. 48,167 (Oct. 6, 2025), directing Defendants to issue permits and authorizations relating to the Ambler Road at issue in this litigation. *See* Notice, Dkt. 228. Defendants have taken action in response to the Decision of the President. On November 21, 2025, the project proponent Alaska Industrial Development and Export Authority filed a Motion to Terminate Retention of Jurisdiction, Dkt. 230. That motion accurately states that "Defendants do not oppose dismissal of these cases because the challenged agency actions have been superseded by the Decision of the President and Statement of Reasons, 90 Fed. Reg. 48,167 (Oct. 6, 2025)." *Id*. 2. Defendants will review the motion and determine whether to file a response. Defendants believe that any next steps in this litigation will be best determined through resolution of the motion.

If Defendants' obligations on remand remain unchanged, then Defendants' next status report will be due on January 20, 2026. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, Dkt. 151.

Respectfully submitted this 21st day of November 2025.

                              ADAM R.F. GUSTAFSON
                              Principal Deputy Assistant Attorney General
                              United States Department of Justice
                              Environment and Natural Resources Division

                              */s/ Paul A. Turcke*
                              PAUL A. TURCKE
                              Trial Attorney
                              Natural Resources Section
                              1290 West Myrtle Street, Suite 500
                              Boise, ID 83702
                              202-532-5994 ‖ 202-305-0275 (fax)
                              paul.turcke@usdoj.gov

                              *Attorneys for Defendants*

Of Counsel:

JASON HARTZ
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4071
jason.hartz@sol.doi.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                              */s/ Paul A. Turcke*
                              Paul A. Turcke