

# United States Department of the Interior
NATIONAL PARK SERVICE
Alaska Region
240 West 5th Avenue, Room 114
Anchorage, Alaska 99501

Alaska Industrial Development and Export Authority
Attn: Randy Ruaro
813 West Northern
Lights Boulevard
Anchorage, Alaska
99503

Dear Mr. Ruaro:

We are excited to work with you to accomplish President Trump's energy orders. Pursuant to section 1106(a) of the Alaska National Interest Lands Conservation Act, I offer you the following right-of-way (ROW) grants (GAAR-25-001) for your proposed industrial access road, and permanent related infrastructure appurtenant within the road embankment.

The National Park Service revised the ROW grant in the following ways: 1) we revised the recitals to identify the President's decision and note construction is not anticipated to begin before 2026; 2) updated references to 36 CFR part 4 regulations resulting from non-substantive updates to those regulations in 2024; and 3) replaced the Terms and Conditions' references to the cancelled Programmatic Agreement with the clauses required by the President's decision.

Please review the documents and if they meet with your approval, sign, and date both copies and return them to the address shown above. Upon receipt of the signed documents and the fees discussed below, we will issue the ROW grant, absent any other unresolved issues.

Rent for use of public lands must be paid in advance of such use and prior to issuance of the ROW grant.

The ROW grant for the main road, and the fiber optic cable on NPS land contains approximately 1260.61 acres. A courtesy invoice for the 2025 rent of $7,060.67 is enclosed. A courtesy invoice for the 2026 rent, due before January 5, 2026, estimated at approximately $42,367.00 will be sent once the 2026 rental rates have been determined. For 2027 and subsequent years, rent will be due prior to the start of the new calendar year.

Please return **BOTH** hand signed originals of the enclosed ROW grant, along with the 2025 rental due of $7,060.67.

Please be aware that you may not conduct any activities related to your ROW project on public land until you have received a signed ROW grant and associated Notice to

Proceed from the NPS. If you have any questions about this letter, please contact Nicole Wilkins, Realty Specialist, at 907-644-3433 or by email at nicole_wilkins@nps.gov.

DONALD STRIKER
Digitally signed by DONALD STRIKER
Date: 2025.10.19 17:23:50 -08'00'

(Signature)
Regional Director,
Alaska Region
National Park Service
United States Department of the Interior

Enclosures:
ROW Grant
Courtesy Rental Invoices