United States Department of the Interior
National Park Service
Gates of the Arctic National Park and Preserve

Right-of-Way Permit for
Alaska Industrial Development and Export Authority (AIDEA)
Right-of-Way Permit No.: RW GAAR-25-001

Whereas, on November 24, 2015, the Alaska Industrial Development and Export Authority (Permittee) applied to the National Park Service (NPS), United States Department of the Interior for a right-of-way to use and occupy NPS-administered lands and waters within the Kobuk River Preserve of the Gates of the Arctic National Park and Preserve (Kobuk River Preserve or Park), a unit of the National Park System, in order to operate and maintain a future industrial access road known as Ambler Road (Future Road);

Whereas, the Park was established by or pursuant to 16 U.S.C. § 410hh(4)(a), *et seq.* (Pub.L. 96-487, Alaska National Interest Conservation Lands Act, ANILCA, § 201);

Whereas, in Public Law 96-487, § 201(4)(b), Congress "finds that there is a need for surface transportation purposes across the Western (Kobuk River) unit of the Gates of the Arctic National Preserve (from the Ambler Mining District to the Alaska Pipeline Haul Road) and the Secretary [of the Interior] shall permit such access in accordance with the provisions of this subsection";

Whereas, the Department of the Interior has promulgated regulations, published at 43 C.F.R. §36.13(a), governing the issuance of rights-of-way over, across, on, or through the Kobuk River Preserve in accordance with Public Law 96-487, § 201(4);

Whereas, to the extent 36 C.F.R. Part 14 is applicable to this Permit, 36 C.F.R. § 14.10(c) provides that the Secretary of the Interior (Secretary) may modify any of the terms and conditions set forth in that regulatory provision;

Whereas, an environmental and economic analysis (EEA) was completed on July 15, 2020, as required by section 201(4)(d) of ANILCA and 43 C.F.R. § 36.13(a);

Whereas, the Secretary and the Secretary of Transportation have selected a route for the future road through the Preserve in accordance with the provisions of section 201(4) of ANILCA and 43 C.F.R. 36.13(a), and the Secretary has designated terms and conditions necessary to avoid or minimize negative impacts of the road and enhance positive impacts, also as required by section 201(4)(d) of ANILCA and 43 C.F.R. §36.13(a);

Whereas, on October 6, 2025, the President approved Permittee's application according to section 1106(a) of ANILCA;

Whereas, Permittee is in the pre-construction stage of the project, with field studies, engineering, and design to be undertaken next, and construction not expected to start before 2026;

Now, therefore, the Secretary of the Interior, acting pursuant to the authority of Public Law 96-487, § 201(4) and the President's October 6, 2025 decision, hereby grants to the Permittee this private industrial-access road right-of-way permit (Permit) over, across, on, or through the lands and waters described below (Permitted Area).

This ROW Permit authorizes construction, operation, maintenance and reclamation of a Future Road and Permanent Related Infrastructure in the Western (Kobuk River) unit of Gates of the Arctic National Park and Preserve.

By accepting this Permit, the Permittee agrees to comply with its terms and conditions, and applicable laws and regulations. The Park's Superintendent (Superintendent) will be the NPS official with primary responsibility for administering this Permit.

## Definitions

Conceptual Alignment – A corridor 250-400 feet wide crossing 26 miles of the Western (Kobuk River) unit of Gates of the Arctic National Park and Preserve, evaluated as the Northern Route in the EEA, with the centerline as shown on Exhibit A. The Constructed Road Corridor must be established within the boundaries of the Conceptual Alignment.

Constructed Road Corridor – The 100 foot wide corridor ultimately to be established for the operation and maintenance of the Future Road. The location of the Constructed Road Corridor has not yet been identified, although it will be fully within the Conceptual Alignment.

Future Road – The approximately 26-mile private industrial-access road approved in the Record of Decision signed by the Assistant Secretary for Fish and Wildlife and Parks, Department of the Interior and the Associate Administrator for Federal Lands, Federal Highway Administration, Department of Transportation in July 2020.

Permanent Related Infrastructure – All access roads, turnout lanes, culverts, bridges, fiber optic cable, and other infrastructure that are constructed or installed for the safe use, operation, and maintenance of Future Road, under this Permit.

Permitted Area – the land within the Park that the Permittee is authorized to use as described in this

Permit. There is a Preliminary Permitted Area and a Post-Construction Permitted Area. Any references to "Permitted Area" in other sections of the Permit refer to the then-currently authorized Permitted Area, whether it is Preliminary or Post-Construction.

Phase I – the first development stage of the Future Road, also called the pioneer road. A one-lane road with minimal shoulder space for late-summer through winter use and culverts to accommodate both Phase 1 and Phase 2.

Phase II – the second development stage of the Future Road. An all-season, single-lane, gravel-surfaced road, 20 feet wide.

Phase III – the third development stage of the Future Road. A two-lane, two-way gravel-surfaced road, with shoulders and culverts extended.

### Authority to Enter into Permit

The Permittee represents and warrants to the NPS that:

(1) The Permittee is authorized under the laws of the State of Alaska and by the Permittee's own governing documents to enter into this Permit; and

(2) The person signing this Permit on the Permittee's behalf is authorized to bind the Permittee to comply with the all of the Permit's terms and conditions.

### Description and Map of Permitted Area

The Preliminary Permitted Area is depicted on the Preliminary Map and defined in the Preliminary Legal Description. Upon substantial completion of Phase I, Phase II and Phase III, the Permitted Area, and its depiction on the associated map and legal description will be amended to reflect the Post-Construction Permitted Area. The Constructed Road Corridor and Permanent Related Infrastructure must be located within the Conceptual Alignment.

The Preliminary Permitted Area is comprised of the following:

1. Conceptual Alignment
2. Permanent Related Infrastructure

The Preliminary Permitted Area is shown in the Preliminary Maps attached as Exhibit A. The Preliminary Legal Description is:

The authorized area is a strip of land 250-400 feet wide and including access roads, turnout lanes, culverts, and bridges, as shown in Exhibit A located within Gates of the Arctic National Preserve and within portions of the following sections:
Kateel Meridian, Alaska
Township 19 North, Range 19 East, Sections 19, 20, 21, 22, 25, 26, 27,
Township 19 North, Range 20 East, Sections 25, 26, 27, 28, 29, 30,
Township 19 North, Range 21 East, Sections 13, 14, 21, 22, 23, 28, 29, 30,
Township 19 North, Range 22 East, Sections 13, 18, 19, 20, 21, 22, 23, 24.

The Post-Construction Permitted Area is comprised of:

1. Constructed Road Corridor (a strip of land up to 100 feet wide)
2. Permanent Related Infrastructure

### Permitted Use of Right-of-Way

In connection with the Future Road, this Permit authorizes the Permittee to construct, operate and maintain the following future facilities, infrastructure, or equipment in the Permitted Area:

A 26 mile long private industrial-access road across the Western (Kobuk River) unit of Gates of the Arctic National Park and Preserve (Future Road). Public use of the Future Road is prohibited. This Future Road is to be developed in three phases. Construction, operation and maintenance of all three phases (Phase I, Phase II, and Phase III) is authorized under this Permit.

Permanent Related Infrastructure appurtenant to the Future Road includes access roads, turnout lanes, culverts, bridges, and a fiber optic cable. The general location and number of each of the different types of Permanent Related Infrastructure authorized under this Permit at each phase of development are identified in Exhibit B-1 attached hereto. This Permit does not include authorization for any material sites, construction camps, maintenance facilities or airstrips; any such facilities are prohibited.

The Future Road and Permanent Related Infrastructure are authorized to be used for mining related operations; delivery of goods and fuel, by commercial carrier only, to communities/landowners near the road; and use of the fiber optic cable for communications.

### Construction Special Use Permits

Construction of the Future Road or any ground-disturbing activities incident thereto may not begin until the NPS issues Permittee necessary construction Special Use Permit(s) (SUP(s)). Permittee proposes to

construct the Future Road in three phases, parts of which may happen simultaneously. The NPS may issue one or more construction SUPs depending on final project design and final construction plans. The prerequisites to obtain a construction SUP are detailed in Exhibit C and supersede NPS's standard construction SUP guidance, including but not limited to: NPS Management Policies 2006, section 8.6; NPS Director's Order 53, and NPS Reference Manual 53.

### Effective Date and Initial Term of Permit

This Permit will be effective on the date of its full execution, and will terminate 50 years from its effective date at noon, Alaska Standard Time Zone (initial term), unless it is earlier extended, renewed, terminated, or abandoned pursuant to the provisions of this Permit, or in accordance with applicable federal law.

### Reauthorization of Use

In order to continue use or occupancy of the Permitted Area beyond the initial term without interruption, the Permittee must submit to the Superintendent a written application for reauthorization, in accordance with then-applicable laws, regulations and policies, at least 6 months before the Permit's expiration date. The application for reauthorization will be processed in accordance with then-existing and applicable laws, regulations and policies.

### Suspension and Termination of Permitted Right-of-Way

At any time during the term of this Permit the NPS may, without incurring any liability whatsoever, suspend or terminate all or any part of the permitted right-of-way for violation of or noncompliance with the terms and conditions. Except in the case of an imminent threat to public health or safety or the environment, termination or suspension will be preceded by written notice and 60 days to cure. If the violation is cured and NPS is satisfied that adequate measures have been taken to ensure against recurrence, the Permit will not be suspended or terminated.

Noncompliance with this Permit may be grounds for an immediate temporary suspension of activities under this Permit at the direction of the Superintendent if such noncompliance constitutes an imminent threat to public health or safety or the environment. Any temporary suspension will be lifted upon a showing by the Permittee that the threat has been eliminated, or that it has been mitigated to the satisfaction of NPS.

### Fees

Pursuant to 36 C.F.R. § 14.8(b) the Permittee will pay fair market value for the use and occupancy of NPS-administered lands or waters. The charge for use and occupancy of the Permitted

Page 5 of 9

Ex. B, page 5 of 8
Case 3:20-cv-00187-SLG    Document 233-2    Filed 11/26/25    Page 5 of 8

Area will be the amount determined in the appraisal approved by NPS. Pursuant to 36 C.F.R. § 14.8(c), the NPS may periodically review the charges for this Permit and impose revised charges as may be reasonable and proper, including but not limited to any time the Permitted Area is amended. If NPS's costs of monitoring the Permit exceed the use and occupancy fees collected from Permittee in a given year, then pursuant to 54 U.S.C. 103104 NPS may bill the Permittee for, and the Permittee will pay, the additional monitoring costs for that year. Any such monitoring costs will be documented by NPS and submitted to the Permittee for inspection with the bill.

Permittee understands and agrees that Permittee is responsible for the fee for use and occupancy as follows:
1. Upon completion of an appraisal, its approval by NPS, and Permittee's receipt of a bill for collection from the NPS, Permittee must pay the use and occupancy owed from the effective date of the Permit through the date of approval of the appraisal or through the first year of the Permit, as determined appropriate by the park.
2. If Permittee paid "reimbursement of costs" in the time between the Permit effective date and the date of approval of the appraisal, the "reimbursement of costs" will be documented in the bill for collection and will be deducted from the use and occupancy due for that time frame.
3. The required $25 pre-payment will be deducted from the use and occupancy owed for the first year of the Permit on the bill of collection.
4. After the first bill of collection, Permittee must pay the use and occupancy annually.

## Terms and Conditions

This Permit and the uses or activities authorized under it are subject to the following terms and conditions:

(1) This Permit may be amended only by a written instrument executed by the NPS and the Permittee.

(2) The Permittee may not transfer or assign this Permit to another party without obtaining NPS prior written approval.

(3) All natural and cultural resources discovered in the Permitted Area are the property of the United States.

(4) This Permit is not a defense to liability under 54 U.S.C. § 100722(c)(3) resulting from any activity not related to the uses authorized by this Permit.

(5) By accepting the grant, the Permittee agrees to fully indemnify or hold the United States harmless for liability, damage, or claims arising in connection with its use and occupancy of the Permitted Area.

(6) In accordance with applicable federal law the Permittee will not discriminate against any person because of race, color, religion, sex, or national origin.

(7) Nothing in this Permit obligates the NPS to expend in any one fiscal year any sum in excess of appropriations made by Congress or administratively allocated by the NPS for the purpose of this Permit, or to involve the NPS in any contract or other obligation for the further expenditure of money in excess of such appropriations or allocations.

(8) All measures, terms, conditions, design features, and mitigations in Exhibit C are hereby incorporated as terms and conditions of this Permit. To the extent any of the provisions in Exhibit C provide for development of plans or other modification as on the ground conditions merit, those plans or modifications are incorporated into this Permit.

(9) In consideration of the terms and conditions in Exhibit C, the requirements in 36 CFR 14.10(c)(1) – (8) are hereby modified.

(10) This Permit supersedes the Superintendent's Compendium for Gates of the Arctic National Park and Preserve. To the extent there is any conflict between them, this Permit controls.

(11) If any provision of this Permit shall be found to be invalid or unenforceable, the remainder of this Permit shall not be affected and the other provisions of this Permit shall be valid and enforced to the fullest extent permitted by law.

By signing this Permit on the date indicated below, the Permittee's authorized representative acknowledges that he or she has read and understands all of the Permit's terms and conditions, agrees that the Permittee will abide by all of the Permit's terms and conditions, and requests that the NPS Regional Director execute the Permit and issue it to the Permittee.

Alaska Industrial Development and Export Authority

_____
(Signature)

E. Kent Sullivan
Printed name

AIDEA General Counsel
Title

October 20, 2025
Date

By signing this Permit on the date indicated below, the Assistant Secretary for Fish and Wildlife and Parks hereby executes it and issues it to the Permittee.

**KEVIN LILLY** Digitally signed by KEVIN LILLY
Date: 2025.10.21 13:58:19 -04'00'

(signature)
Assistant Secretary for Fish and Wildlife and Parks
United States Department of the Interior

_____
Date