


# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Alaska State Office
222 West Seventh Avenue, #13
Anchorage, Alaska 99513-7504
www.blm.gov/alaska

*In Reply Refer To*:
F-97112/AKAK106233530 (2810)
032 sw/mh

October 21, 2025

CERTIFIED MAIL # 9589 0710 5270 2307 6872 64
RETURN RECEIPT REQUEST

Alaska Industrial Development and Export Authority
Attn: Randy Ruaro
813 West Northern Lights Boulevard
Anchorage, Alaska 99503

Dear Mr. Ruaro-

The BLM is pleased to issue this signed right-of-way (ROW) grant, pursuant to the President's October 6, 2025, decision under ANILCA Section 1106. This grant shall have current MLRS serial number AKAK106233530 (legacy serial number F-97112).

The advance rental of $5,237.13 for November and December of 2025 for the ROW was received by the BLM on October 21, 2025. The advance rental for 2026 will be billed as soon as the 2026 rates are available, and will be due upon receipt of the bill. All subsequent rental billings will be due at the beginning of each calendar year, starting January 2026. Future billings will be based on the rental schedule in effect at that time.

The cost recovery agreement signed in July, 2023 remains valid. The account currently has sufficient funds to continue administration of the grant. If additional funding becomes necessary in the future, BLM will inform AIDEA in advance according to the terms of Section V(A) of the agreement.

AIDEA or its contractors may not conduct any activities directly authorized by the ROW grant on BLM-managed lands until the BLM has received a bond and AIDEA has been issued a Notice to Proceed. However other pre-construction use may be authorized separately or deemed casual use by the BLM.
INTERIOR REGION 11 • ALASKA

Ex. C, page 1 of 2

Case 3:20-cv-00187-SLG    Document 233-3    Filed 11/26/25    Page 1 of 2

If you have any questions about this letter, please contact Realty Specialist, Sheri Wilson, at 907-474-2246 or by email at slwilson@blm.gov.

Sincerely,

KEVIN PENDERGAST
Digitally signed by KEVIN PENDERGAST
Date: 2025.10.21 14:53:10 -08'00'

Kevin J. Pendergast
State Director

Enclosures:
ROW Grant including the following:
    Exhibit A – Stipulations
    Exhibit B – CRMP
    Exhibit C – Legal Land Description
    Exhibit D – Mapbook
    Exhibit E – POD by reference
    Cost Recovery Agreement Amendment #6