| Form 2800-14 (August 1985) | UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT **RIGHT-OF-WAY GRANT** | Issuing Office **Central Yukon Field Office** Serial Number **F-97112/AKAK106233530** |
|---|---|---|

1. A (right-of-way) (permit) is hereby granted pursuant to:

   a. ☑ Title V of the Federal Land Policy and Management Act of October 21, 1976 (90 Stat. 2776; 43 U.S.C. 1761);

   b. ☐ Section 28 of the Mineral Leasing Act of 1920, as amended (30 U.S.C. 185);

   c. ☐ Other *(describe)* **See President's Decision under ANILCA s.1106**

2. Nature of Interest:

   a. By this instrument, the holder **Alaska Industrial Development and Export Authority** receives a right to construct, operate, maintain, and terminate a **private industrial-access road with ancillary facilities** on public lands (or Federal land for MLA Rights-of-Way) described as follows:

   **A 250-foot-wide road ROW as illustrated in the attached mapbook Exhibit D +, to build a road in up to 3 phases:**

   **Phase 1, a 1-lane-wide "pioneer road" with minimal shoulder space for late-summer through winter use. Culverts to accommodate both Phase 1 and 2;**

   **Phase 2, a 1-lane road for year round use;**

   **Phase 3, a 2-lane, 2-way road with shoulders, culverts extended;**

   **Turnouts within the 250' ROW;**

   **Bridges - 1-lane for all phases;**

   **Access roads to water sources;**

   **Fiber optic line buried within the road embankment;**

   **Other parties may use your facilities for the purposes specified in this grant and you may charge for such use. These purposes include: traffic to and from the District and delivery of goods and fuel by commercial carrier only, to communities/landowners near the road; and use of the fiber optic cable for communications;**

   **Full closure and reclamation must be complete by expiration of this grant.**

   **Location: See Legal Land Description Exhibit C**

   b. The right-of-way or permit area granted herein is **250** feet wide, **98,883.5** feet long and contains **567.68** acres, more or less. If a site type facility, the facility contains **n/a** acres. **This is total acres for road only**

   c. This instrument shall terminate on **December 31, 2075**, **50** years from its effective date unless, prior thereto, it is relinquished, abandoned, terminated, or modified pursuant to the terms and conditions of this instrument or of any applicable Federal law or regulation.

   d. This instrument ☑ may ☐ may not be renewed. If renewed, the right-of-way or permit shall be subject to the regulations existing at the time of renewal and any other terms and conditions that the authorized officer deems necessary to protect the public interest.

   e. Notwithstanding the expiration of this instrument or any renewal thereof, early relinquishment, abandonment, or termination, the provisions of this instrument, to the extent applicable, shall continue in effect and shall be binding on the holder, its successors, or assigns, until they have fully satisfied the obligations and/or liabilities accruing herein before or on account of the expiration, or prior termination, of the grant.

*(Continued on page 2)*

3. Rental:

> For and in consideration of the rights granted, the holder agrees to pay the Bureau of Land Management fair market value rental as determined by the authorized officer unless specifically exempted from such payment by regulation. Provided, however, that the rental may be adjusted by the authorized officer, whenever necessary, to reflect changes in the fair market rental value as determined by the application of sound business management principles, and so far as practicable and feasible, in accordance with comparable commercial practices.

4. Terms and Conditions:

   a. This grant or permit is issued subject to the holder's compliance with all applicable regulations contained in Title 43 Code of Federal Regulations parts 2800 and 2880.

   b. Upon grant termination by the authorized officer, all improvements shall be removed from the public lands within __90__ days, or otherwise disposed of as provided in paragraph (4)(d) or as directed by the authorized officer.

   c. Each grant issued pursuant to the authority of paragraph (1)(a) for a term of 20 years or more shall, at a minimum, be reviewed by the authorized officer at the end of the 20th year and at regular intervals thereafter not to exceed 10 years. Provided, however, that a right-of-way or permit granted herein may be reviewed at any time deemed necessary by the authorized officer.

   d. The stipulations, plans, maps, or designs set forth in Exhibit(s) __A, B, C, D, E__, dated __10/14/2025__, attached hereto, are incorporated into and made a part of this grant instrument as fully and effectively as if they were set forth herein in their entirety.

   e. Failure of the holder to comply with applicable law or any provision of this right-of-way grant or permit shall constitute grounds for suspension or termination thereof.

   f. The holder shall perform all operations in a good and workmanlike manner so as to ensure protection of the environment and the health and safety of the public.

IN WITNESS WHEREOF, The undersigned agrees to the terms and conditions of this right-of-way grant or permit.

_____ (Signature of Holder)

AIDEA General Counsel (Title)

October 20, 2025 (Date)

_____ (Signature of Authorized Officer)

State Director (Title)

October 21, 2025 (Effective Date of Grant)

*(Form 2800-14, page 2)*