

**DEPARTMENT OF THE ARMY**
ALASKA DISTRICT, U.S. ARMY CORPS OF ENGINEERS
P.O. BOX 6898
JBER, AK 99506-0898

October 22, 2025

SUBJECT: Permit Number POA-2013-00396-M1

Mark Davis
Alaska Industrial Development and Export Authority
813 W. Northern Lights Blvd.
Anchorage, Alaska 99506

Dear Mr. Davis,

Following the direction of the President in the October 6, 2025, Presidential Memoranda "Decision of the President and Statement of Reasons on 2025 Ambler Road Appeal," the U.S. Army Corps of Engineers (USACE), Alaska District, has reinstated and modified the Department of the Army permit number POA-2013-00396, Kobuk, Alatna, and Koyukuk Rivers, issued to Alaska Industrial Development and Export Authority (AIDEA) on August 25, 2020, with the following ministerial revisions.

    a. As directed in the Decision of the President, Sections V. 3 and 4, the permit expiration date is 15 years from October 22, 2025.

    b. As directed in the Decision of the President, Section V. 6, any condition referencing the terminated Programmatic Agreement is removed and the following 2 conditions are added to the permit:

        1. Adverse effects to historic properties from project construction and operation activities that are within Federal jurisdiction shall be avoided or minimized to the extent prudent and feasible. To the extent that avoiding adverse effects is not prudent or feasible, AIDEA shall implement standard treatment methods identified in the 2021 Cultural Resources Management Plan for the project to resolve such adverse effects.

        2. In the event that historic resources, archaeological resources, or human remains are encountered during project construction, the Inadvertent Discovery Plans developed for the project shall be implemented.

    Enclosed is the signed Department of the Army permit modification, file number POA-2013-00396-M1, Kobuk, Alatna, and Koyukuk Rivers. This is the first permit modification of the original permit. Also enclosed is a Notice of Authorization that should be posted in a prominent location near the authorized work.

If changes to the plans or location of the work are necessary for any reason, plans must be submitted to us immediately, so the USACE can review the changes before construction begins.

Please contact John Sargent via email at John.C.Sargent@usace.army.mil, by mail at the address above, or by phone at (907) 347-1801, if you have questions.

Sincerely,

Jeffrey S. Palazzini
Colonel, U.S. Army
Commanding

Enclosures



**DEPARTMENT OF THE ARMY**
ALASKA DISTRICT, U.S. ARMY CORPS OF ENGINEERS
P.O. BOX 6898
JBER, AK 99506-0898

October 22, 2025

# DEPARTMENT OF THE ARMY
# PERMIT MODIFICATION

Department of the Army permit number POA-2013-00396, Kobuk, Alatna, and Koyukuk Rivers, was issued to Alaska Industrial Development and Export Authority on August 25, 2020, which authorizes for the construction of the Ambler Road project, the permanent fill of 1,431 acres of wetlands and 0.5 acre of open water with 8,460,218 cubic yards fill material. Approximately 250,435 linear feet of stream channel will be permanently impacted. The project will also temporarily impact 333.6 acres of wetlands and 0.1 acre of open water with about 50,190 cubic yards of fill material.

The project site begins at Latitude 67.162° N., Longitude 157.052° W.; near Ambler Mining District, and ends at Latitude 67.081° N., Longitude 150.345° W near mile post 161 of Dalton Highway.

This is the first modification of the original permit. General Condition No. 1 of the permit is hereby amended to read as follows:

The time limit for completing the work authorized ends on **October 22, 2040**. If you find that you need more time to complete the authorized activity, please submit your request for a time extension to the United States Army Corps of Engineers for consideration at least one month before permit expiration.

The following special conditions apply to this permit modification:

1. Adverse effects to historic properties from project construction and operation activities that are within Federal jurisdiction shall be avoided or minimized to the extent prudent and feasible. To the extent that avoiding adverse effects is not prudent or feasible, AIDEA shall implement standard treatment methods identified in the 2021 CRMP[1] for the project to resolve such adverse effects.

2. In the event that historic resources, archaeological resources, or human remains are encountered during project construction, the attached Inadvertent Discovery Plans developed for the project shall be implemented.

Special Conditions 27 and 28 of the original permit are hereby rescinded. All other conditions under which the subject authorization was made remain in effect.

---

[1] A copy of the Cultural Resources Management Plan (CRMP), dated April, 2021 is attached.

This authorization and the enclosed modified plans should be attached to the original permit. Also enclosed is a Notice of Authorization that should be posted in a prominent location near the authorized work.

BY AUTHORITY OF THE SECRETARY OF THE ARMY:

Jeffrey S. Palazzini
Colonel, U.S. Army
Commanding



**This notice of authorization must be conspicuously displayed at the site of work.**

**United States Army Corps of Engineers**
**KOBUK, ALATNA AND KOYUKUK RIVERS**

A permit to: <u>DISCHARGE 8,460,218 CUBIC YARDS OF FILL MATERIAL INTO 1,431 ACRES OF WETLANDS AND 0.5 ACRE OF OPEN WATER FOR THE CONSTRUCITON OF THE AMBLER ROAD PROJECT. THE PROJECT WILL ALSO TEMPORARILY FILL 333.6 ACRES OF WETLANDS AND 0.1 ACRE OF OPEN WATER WITH ABOUT 50,190 CUBIC YARDS OF FILL MATERIAL, AND PERMANENTLY FILL 250,435 LINEAR FEET OF MULTIPLE STREAM CHANNELS.</u>

at: <u>BEGIN LATITUDE 67.162° N., LONGITUDE 157.052° W. NEAR AMBLER MINING DISTRICT; END LATITUDE 67.081° N., LONGITUDE 150.345° W NEAR MILEPOSE 161 OF DALTON HIGHWAY.</u>

has been issued to: <u>ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY</u>

on: <u>OCTOBER 22, 2025</u>   and expires on: <u>OCTOBER 22, 2040</u>

Address of Permittee:   <u>813 W. NORTHERN LIGHTS BLVD, ANCHORAGE, ALASKA 99503</u>

**Permit Number:**

POA-2013-00396-M1

FOR: *District Commander*
Jeffrey S. Palazzini
COL, EN
Commanding

ENG FORM 4336, Jul 81 (33 CFR 320-330)  EDITION OF JUL 70 MAY BE USED          (Proponent: CECW-O)