# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, <br><br> Defendants, <br><br> and <br><br> AMBLER METALS, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

**[PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME AND TO SET CASE MANAGEMENT SCHEDULE**

Upon consideration of Plaintiffs' Motion for Extension of Time and to Set Case Management Schedule, ECF No. 233, IT IS ORDERED that the Motion is GRANTED. Plaintiffs' motion to supplement and supplemental complaint are due January 22, 2026. All responses to the motion to supplement and any responses to Defendant-Intervenor Alaska Industrial Development and Export Authority's motion to terminate jurisdiction, ECF No. 230, are due February 12, 2026. Plaintiffs' reply to any oppositions to the motion to supplement are due February 19, 2026.

Dated this _____ day of November, 2025.

                                                      _____
                                                      HON. SHARON L. GLEASON
                                                      United States District Court Judge