ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants, <br> and <br><br> AMBLER METALS, LLC, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

## DEFENDANTS' TWENTY-SECOND STATUS REPORT

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (Dkt. 143) dated May 17, 2022. This is Defendants' twenty-second status report, which expands upon information provided in prior status reports, the most recent of which was filed on November 21, 2025 (Dkt. 231).

Defendants continue to believe that any next steps in this litigation will be best determined following resolution of project proponent Alaska Industrial Development and Export Authority's Motion to Terminate Retention of Jurisdiction, Dkt. 230, which is under advisement with the Court. *Id.*; *see also* Order on Motion for Extension of Time and to Set Case Management Schedule, Dkt. 240 (declining Plaintiffs' request to set a deadline for filing of a motion seeking leave to supplement their complaint).

If Defendants' obligations on remand remain unchanged, then Defendants' next status report will be due on March 23, 2026. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, Dkt. 151.

Respectfully submitted this 20th day of January 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

JASON HARTZ
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4071
jason.hartz@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                        */s/ Paul A. Turcke*
                                          Paul A. Turcke