ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants,<br>and<br><br>AMBLER METALS, LLC, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00187-SLG |

## DEFENDANTS' TWENTY-SIXTH STATUS REPORT

Defendants submit the following status report in accordance with the Court's Order Re Motions for Voluntary Remand (Dkt. 143) dated May 17, 2022. This is Defendants' twenty-sixth status report, which expands upon information provided in prior status reports, the most recent of which was filed on July 21, 2026, Dkt. 290.

Since then, the parties have agreed upon the direction of further proceedings in this litigation. Defendants' (and Intervenor-Defendants') motions to dismiss are fully briefed. Defendants have agreed to file any necessary supplement(s) to the administrative records no later than 60 days after the Court's ruling on the motions to dismiss, and 21 days thereafter the parties will file a proposed briefing schedule to address the sufficiency of the administrative records and/or a merits briefing schedule. Order, Dkt. 281.

If Defendants' obligations on remand remain unchanged, then Defendants' next status report will be due on November 20, 2026. Defendants will continue to "(1) provide prompt notice to Plaintiffs of any applications and authorizations for activities on federal lands related to the Ambler Road and (2) provide no less than 28 days' notice to Plaintiffs in advance of any ground-disturbing activities [except limited brush clearing solely to allow for helicopter landings] occurring pursuant to the 404 permit or other authorizations." Order Re Motions for Reconsideration 12, Dkt. 151.

Respectfully submitted this 21st day of September 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

JASON HARTZ
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4071
jason.hartz@sol.doi.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke